Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.




 
 
 
  
 
 
 




 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00759-CV

____________

 

6447 CORPORATION, CHRIS DOMANGUE, AND JOHN REEDER, Appellants

 

V.

 

D+ CORPORATION, RAY A. DAVIO, AND JANNE D. DAVIO, Appellees

 



 

On
Appeal from the 80th District Court

Harris
County, Texas

Trial
Court Cause No. 00-52035

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed June 21, 2002.  

On August 13, 2002, appellants filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed August 29, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).